Dixon Wong, Esquire, Counsel, Law Offices of Dixon Wong, Pasadena, CA, for Petitioner.

Catherine B. Bye, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM [**]

Gongyi Yang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence and will uphold the agency's decision unless the evidence compels a contrary conclusion. *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006). We deny the petition for review.

Yang concedes on appeal that he did not suffer past persecution, but argues he will be persecuted in the future because he mailed religious materials to his parents. The record does not compel the conclusion that Yang established a well-founded fear of persecution. *See Nagoulko v. INS,* 333 F.3d 1012, 1018 (9th Cir.2003) (possibility of future persecution too speculative); *Prasad v. INS,* 47 F.3d 336, 340 (9th Cir. 1995). Accordingly, Yang's asylum claim fails.

Because Yang failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Zehatye,* 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric TORNEZ–GALEANA, a.k.a. Eric Tornez, Jr., Defendant–Appellant.**

**No. 11–10111.**

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 22, 2013.

Ryan P. Dejoe, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Eric Tornez, Jr., Brick P. Storts, III, Esquire, Barton & Storts, Tucson, AZ, for Defendant–Appellant.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Eric Tornez–Galeana appeals from the district court's judgment and challenges the 63–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tornez–Galeana's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Tornez–Galeana the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record, *see Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**